Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Robert Daniel Everett Gould, Jr. | ) | CASE NO. 19-40182-JMM |
| Brenda Jean Gould | ) | |
| Debtor(s) | ) | TRUSTEE'S APPLICATION FOR AN |
| | ) | ORDER APPROVING THE |
| | ) | EMPLOYMENT OF SPECIAL COUNSEL |
| | ) | |

**Notice of Application to Employ Special Counsel and Opportunity to Object for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one [21] days of the date of service of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**APPLICATION**

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee ("Trustee") for the United States Bankruptcy Court for the District of Idaho, and hereby applies to the Court, pursuant to 11 U.S.C. §§105 and 328 and Federal Rule of Bankruptcy Procedure 2014(a), to approve employment, of Michaelina Murphy of Murphy Law Office as special counsel for the

Trustee on the following terms and conditions set forth herein below. The Trustee respectfully represents the following in support of her application:

1. **Bankruptcy Petition & Trustee Appointment**: The Debtors filed for relief under Chapter 13 of the Bankruptcy Code on March 5, 2019 and Trustee was thereafter appointed to administer the Debtors' Chapter 13 bankruptcy proceeding.

2. **Confirmation of Plan**: The Debtors' Chapter 13 Plan has not yet been confirmed.

3. **Property of the Estate and Claims against the Estate**: Trustee asserts that Debtors made a preferential or fraudulent transfer by giving Mrs. Gould's mother, Lois Rieke, a lien on an automobile in November 2018 within one year of the filing of the bankruptcy petition. Mrs. Gould's mother is an insider. On information and belief the vehicle had been purchased for Mrs. Gould in May 2018 by her parents Lois Rieke and Les Thuber. Trustee desires to employ special counsel to pursue an adversary proceeding to avoid the lien on the vehicle.

4. **Special Counsel**: The name, address and contact information for Special Counsel ("Special Counsel") is as follows:

    a. Firm Name: Murphy Law Office

    b. Attorney Name: Michaelina Murphy

    c. Address: 847 E. Fairview Ave, Meridian, ID 83642

    d. Telephone Number: 208-855-2200

5. **Manner of Compensation**: Special Counsel will be compensated as follows:

    a. HOURLY FEE – Trustee is informed that Special Counsel will accept employment for a fee of $250 per hour for Counsel's time, $225 per hour for work performed by her associates, $75 per hour for paralegal services, plus actual costs.

6. <u>Necessity of Employment</u>: The Trustee needs to employ Special Counsel to assist the Trustee in pursuing the adversary proceeding to avoid the lien.

7. <u>Contract with Counsel</u>: Attached hereto is a true and correct copy of the proposed contract to be entered into between the Trustee and Counsel.

8. <u>Reason for Selection of Special Counsel</u>: Special Counsel is experienced in dealing with adversary proceedings and does not represent any debtors with cases pending before the Trustee.

9. <u>Special Counsel's Connection to Parties in Interest</u>: To the best of Trustee's knowledge, Special Counsel is a disinterested person, and does not hold an interest adverse to the bankruptcy estate with respect to the matter for which Special Counsel will be employed. In addition, to the best of the Trustee's knowledge, Special Counsel does not have any connections with the Debtor, with a creditor of the bankruptcy estate, any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee in relation to this bankruptcy proceeding.

10. <u>Disinterested Person</u>: The Trustee believes that Special Counsel and its members and associates do not hold or represent any interest adverse to that of the Trustee or the Debtor's estate and that said law firm is a disinterested person within the meaning of 11 U.S.C. §101(13).

WHEREFORE, the Trustee respectfully requests that she be authorized to employ Special Counsel to render the services described in this application with compensation to be paid as an administrative expense in such amounts as the court may hereafter determine are just and reasonable.

DATED: September 11, 2019

/s/ Kathleen A. McCallister
**Kathleen A. McCallister, Trustee**



# MURPHY LAW OFFICE PLLC

MICHAELINA (MIA) MURPHY
Attorney at Law

September 9, 2019

Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680

Re:   Letter of Representation – Case No. 19-40182-JMM
              In Re: Robert Daniel Everett Gould, Jr. and Brenda Jean Gould

Dear Ms. McCallister:

Thank you for selecting Murphy Law Office, PLLC, to represent and provide legal services to you (the "Trustee") with regard to the Chapter 13 Bankruptcy matter regarding Robert Daniel Everett Gould, Jr., and Brenda Jean Gould, United States Bankruptcy Court, District of Idaho, Case Number 19-40182-JMM ("Gould Bankruptcy Matter"). Murphy Law Office will use its best efforts and professional skills in performing legal services for all matters assigned to Murphy Law Office by the Trustee. Our hourly rates for legal services are as follows:

| | |
|---|---|
| Senior Attorney Rate: | $250.00 per hour plus expenses |
| Associate Attorney Rate: | $225.00 per hour plus expenses |
| Paralegal Rate: | $ 75.00 per hour plus expenses |

Hourly rates are subject to change after reasonable written notice and do not include expenses and costs. The parties acknowledge that payment of all fees and costs must be approved by the Bankruptcy Court prior to Murphy Law Office's receipt of said fees and costs. As necessary, Murphy Law Office will file the appropriate fee application and notice for approval of the fees and costs incurred in its representation of the Trustee regarding the Gould Bankruptcy Matter. Murphy Law Office agrees to keep a general ledger as to the firm's activities, services rendered, and costs incurred in performing professional legal services.

If the Bankruptcy Court dismisses the Gould Bankruptcy Matter, the Trustee agrees to be responsible for any outstanding amounts owed to Murphy Law Office. Upon such dismissal, the Trustee agrees to the following terms: (1) the Trustee understands and acknowledges that expenses and costs, including but not limited to, filing fees, process service fees, deposition charges, courier services, travel costs, recording and certifying document fees, copying costs, postage, and other expenses and costs are not included in the hourly rates listed above and will be passed through to the Trustee; (2) Murphy Law Office will forward bills for expenses incurred on behalf of the Trustee directly to the Trustee and the Trustee agrees to make prompt payment directly to the originator of these bills; (3) the Trustee agrees to pay in full the amount of each invoice within ten (10) days of the invoice date; (4) the Trustee agrees to pay interest at the rate of one and three quarters percent (1.75%) per month on all balances owed by the Trustee

Kathleen McCallister
September 9, 2019
Page 2

to Murphy Law Office after thirty (30) days from the date of billing; and (5) the Trustee also agrees to the withdrawal of Murphy Law Office as the attorneys of record in this representation should any billing not be brought current (or satisfactory arrangement otherwise made) by the fifteenth (15th) of the month following billing.

Murphy Law Office will use a diligent effort to assure the Trustee is informed, at all times, as to the status of matters referred to Murphy Law Office and will send copies of pleadings, documents, correspondence and other information to the Trustee throughout the proceedings.

Either the Trustee or Murphy Law Office may terminate this representation, at any time, for any reason, upon written notice. Upon receipt of a termination notice, Murphy Law Office will stop all legal work with regard to the Gould Bankruptcy Matter on behalf of the Trustee immediately. Upon termination of representation by either party, and upon full payment of account by the Trustee, Murphy Law Office agrees to cooperate with any successor counsel to accommodate a smooth transition of representation.

The Trustee represents and warrants as of the date of this agreement, the Trustee has all requisite power and authority to enter into this agreement and to carry out the transactions contemplated hereby. This agreement shall be governed by and construed in accordance with the laws of the state of Idaho. In the event of any litigation between the parties concerning this agreement, the unsuccessful party in such litigation shall fully reimburse the prevailing party for all costs and expenses, including, but not limited to, reasonable attorney fees, incurred in such litigation pursuant to Idaho law.

If any of the terms stated in this letter are not consistent with your understanding of our agreement, please contact me before signing the agreement. Otherwise, please sign the agreement and return it to our office as soon as possible.

We appreciate the opportunity to provide legal services to the Trustee.

Sincerely,

*[signature]*
Michaelina Murphy

**ACKNOWLEDGEMENT**
I have read and consent:

By: *[signature: Kathleen McCallister]*
Title: Trustee
Date: 9/10/19

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on September 11, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Office of the U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Paul Ross**
paul@idbankruptcylaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Robert Daniel Everett Gould, Jr.
Brenda Jean Gould
214 E 222 S
Burley, ID 83318

Michaelina Murphy
Murphy Law Office
847 E. Fairview Ave
Meridian, ID  83642

See Attached List

/s/ Kathleen A. McCallister
Kathleen A. McCallister, Trustee

```
Label Matrix for local noticing          Ace Financial                           Advantage Financial Services
0976-8                                   485 E 5th N                             10 S Cole Rd
Case 19-40182-JMM                        Burley, ID 83318-4901                   Boise, ID 83709-0930
District of Idaho
Twin Falls
Sun Sep  8 21:14:33 MDT 2019

CEP AMERICA LLC                          Capital Educators FCU                   Capital Educators Federal Credit Union
WAKEFIELD AND ASSOCIATES                 PO Box 570                              POB 570
PO BOX 50250                             Meridian, ID 83680-0570                 Meridian, ID 83680-0570
KNOXVILLE, TN 37950-0250


Collection Bureau Inc                    E-470 Public Highway Authority          Eismann Law Offices
PO Box 1219                              22470 E 6th Parkway Ste 100             Attn: Bankruptcy
Nampa, ID 83653-1219                     Aurora, CO 80018-2425                   3016 Caldwell Blvd.
                                                                                 Nampa, ID 83651-6416


Exclusively Endodontics                  IDAHO POWER COMPANY                     Idaho Tax Commission
1411 Falls Ave E #1329                   PO BOX 70                               PO Box 36
Twin Falls, ID 83301-3467                BOISE, ID 83707-0070                    Boise, ID 83722-0036


Intermountain Healthcare                 LVNV Funding, LLC                       Les Thuber
PO Box 27808                             Resurgent Capital Services              PO Box 513
Salt Lake City, UT  84127-0808           PO Box 10587                            La Grande, OR 97850-0513
                                         Greenville, SC 29603-0587


Lois Rieke                               Midland Funding                         Northwest Dental
602 Aquarius Way                         PO Box 2011                             833 West Northview Street
La Grande, OR 97850-3204                 Warren, MI 48090-2011                   Boise, ID 83704


Outsource Receivables                    PHEAA                                   St Alphonsus
PO Box 3069                              PO BOX 8147                             PO Box 190930
Idaho Falls, ID 83403-3069               HARRISBURG PA 17105-8147                Boise, ID 83719-0930


St Lukes                                 US Department of Education              End of Label Matrix
PO Box 2578                              P O Box 16448                           Mailable recipients    22
Boise, ID 83701-2578                     Saint Paul MN 55116-0448                Bypassed recipients     0
                                                                                 Total                  22
```