Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**ROBERT DANIEL EVERETT GOULD JR,**<br>**BRENDA JEAN GOULD,**<br><br>       Debtors. | Case No: 19-40182-JMM<br>Chapter 13 |

OBJECTION TO TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

Debtors, through the undersigned attorney, file this Objection to Trustee's Application:

1.	Trustee seeks to employ Special Counsel, Murphy Law Office, when Trustee has her own legal counsel.  An Adversary Proceeding to avoid a lien is routine and does not require special expertise outside Trustee's office.

2.	Trustee seeks employment of counsel which charges amounts that are excessive for the Twin Falls Division of the state.  Such amounts need be reasonable for the Division, further hiring an attorney for hearings which occur in Pocatello require additional travel and expense which are not necessary.  Counsel in eastern Idaho are just as available and are at lesser rates than proposed by Trustee.

3.	Trustee seeks to compensate Special Counsel but does not disclose that such counsel will be a member of the Administrative Class and will only receive pro rata payments within that class.  Plan may not pay Special Counsel in full.

 WHEREFORE, Debtors ask the Court to deny Trustee's Application.

DATED this 7 October 2019.


	                                                          	  /s/ Paul Ross                                      
	PAUL ROSS

CERTIFICATE OF SERVICE

      I hereby certify that on 7 October 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

  U.S. Trustee, ECF
  Kathleen McCallister, ECF
  Laura Burri, ECF, attorney for Capital Educators
  Robin Long, ECF, attorney for Trustee

      I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

NA

Via certified mail, return receipt requested, addressed as follows:

NA


                                                              _/s/ Paul Ross_____
                                                              PAUL ROSS

Objection to Trustee's Application to Employ