Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| In Re: | |
|---|---|
| **ROBERT DANIEL EVERETT GOULD JR, BRENDA JEAN GOULD,** | Case No: 19-40182-JMM<br>Chapter 13 |
| Debtors. | |

## APPLICATION FOR COMPENSATION

Applicant, under §330, §503, and §1326 represents as follows:

1. Applicant is a licensed attorney and the attorney for the Debtors.

2. Applicant has provided services in connection with the immediate case for Debtors at the agreed upon rate of $175.00 per hour for attorneys, $75.00 per hour for paralegals.

3. Applicant now seeks total compensation in the amount of $6,855.00 in fees and $524.40 in costs.  Such compensation is reasonable as itemized in Exhibit A.

4. Debtor previously paid $800.00 leaving a balance of $6,579.40 minus any amounts already paid by the Trustee.

WHEREFORE, Applicant and Debtors move the Court for an Order approving payment of the attorney fees and costs from funds held or received by Chapter 13 Trustee.

DATED this 4 December 2019

    _/s/ Paul Ross_____
    PAUL ROSS

CERTIFICATE OF SERVICE

I hereby certify that on 4 December 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee, ECF
Kathleen McCallister, ECF
Laura Burri, ECF, attorney for Capital Educators
Robin Long, ECF, attorney for Trustee

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

Robert & Brenda Gould
214 E 222 S
Burley, ID  83318

Via certified mail, return receipt requested, addressed as follows:

NA

    /s/ Paul Ross
    PAUL ROSS