# TRANSCRIPT ORDER

Due Date:

| | |
|---|---|
| Name: Paul Ross | Phone #: 2082197997 |
| | Date: 27 Feb 2020 |
| Mailing Address: PO Box 483 | City: Paul |
| | State: ID    Zip: 83347 |
| Case #: 19-40478-JMM | Judicial Official: J. Meier |
| | Dates of Proceedings: 26 Feb 2020 |
| Case Name: In re Gould | Location of Proceedings: Pocatello |

Order for:
- [ ] Appeal
- [ ] Criminal
- [ ] Criminal Justice Act
- [x] Bankruptcy
- [ ] Non-Appeal
- [ ] Civil
- [ ] In Forma Pauperis
- [ ] Other

Transcript Requested: Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

Portion(s): Telephonic Oral Ruling regarding Confirmation of the Plan (Dkt. No. 62) and Objection to Claim (Claim #21).

Date(s): 26 Feb 2020

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| ORDINARY | [ ] | | | | |
| EXPEDITED | [ ] | | | | |
| DAILY | [ ] | | | | |
| HOURLY | [ ] | | | | |

| | |
|---|---|
| Processed by/Phone Number: | Estimate Total: $0.00 |
| Transcript to be prepared by: -- Make Selection -- | Court Address: U.S. Courts - District of Idaho 550 W. Fort St. Boise, ID 83724 |

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Deposit paid | | | Deposit being mailed to Northwest Transcripts | |
| Transcript Ordered | | | Total Due | |