UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:                                                  CHAPTER 13

Robert Daniel Everett Gould, Jr.                        CASE NO. 19-40182-JMM
Brenda Jean Gould,
                    Debtors

ORDER CONFIRMING CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND HEARING THAT:

1.  The Chapter 13 plan docket no. 138 complies with the provisions 11 U.S.C. § 1325.

2.  Since the filing of this bankruptcy case Debtors have paid all amounts that first became due and payable after the filing of this bankruptcy which they were required to pay under a domestic support obligation as defined in 11 U.S.C. § 101(14A) required by a judicial or administrative order or by statute.

IT IS HEREBY ORDERED THAT:

The Chapter 13 Plan is confirmed and related motions are granted, incorporating the following modifications:

a. Notwithstanding the language in Paragraph 8.1 that the pre-petition garnishment funds paid directly to Trustee may be treated as a payment towards plan payments, the pre-petition garnishment funds trustee received in the amount of $393.78 shall be paid into the plan in addition to the plan payments.

b. Pursuant to the Order Denying Confirmation To Debtors' Second Amended Plan And Sustaining Trustee's Objections To Claims Numbers 21 & 23, Docket No. 142, Lois Rieke's will not receive any funds from Trustee.

c. Debtors' Attorney's fees and costs shall be allowed in the amount of $7,379.40 with the balance due of $6,579.40 to be paid pursuant to the terms of the plan.

d. If Counsel for the Trustee applies for an administrative claim, any amounts approved shall, pursuant to §507(a)(2) and §1326(b), be paid pro rata as a class under §4.3 of the Plan.

DATED:  April 6, 2020

JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

/s/_____
Kathleen McCallister, Trustee

/s/_____
Paul Ross, Counsel for the Debtor(s)

/s/_____
Robert Daniel Everett Gould, Jr.

/s/_____
Brenda Jean Gould