UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Chapter 13 |
|---|---|
| ROBERT DANIEL EVERETT GOULD, JR. BRENDA JEAN GOULD | Case No. 19-40182-JMM |
| Debtors. | ORDER APPROVING STIPULATION AND ORDER AVOIDING CREDITOR'S LIEN |

THIS CAUSE HAVING COME BEFORE THE COURT on the Stipulation of Kathleen McCallister, as Chapter 13 Trustee of the above-referenced bankruptcy estate, by and through her counsel of record, Murphy Law Office, PLLC, and Lois Reike, Creditor, by and through her counsel of record, Maynes Taggart PLLC, filed April 2, 2020 (Dkt.154), and good cause appearing therefore:

IT IS HEREBY ORDERED that a Creditor's Lien encumbering the Vehicle at issue is avoided pursuant to Section 547 of the Bankruptcy Code and the lien is hereby preserved for the benefit of the bankruptcy estate pursuant to Section 551 of the Bankruptcy Code;

IT IS FURTHER ORDERED that this adversary matter shall be dismissed with each party to bear their own attorney's fees and costs pursuant to the terms of the Stipulation.

DATED: May 7, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER APPROVING STIPULATION AND AVOIDING CREDITOR'S LIEN - 1

Submitted by:

/s/
Michaelina Murphy, attorney for Kathleen McCallister,
Chapter 13 Trustee

Approved by:

/s/
Steve Taggart, attorney for Lois Reike

ORDER APPROVING STIPULATION AND AVOIDING CREDITOR'S LIEN - 2