# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Robert Daniel Everett Gould, Jr.** | CASE NO. 19-40182-JMM |
| **Brenda Jean Gould** | |

## ORDER APPROVING FINAL COMPENSATION FOR COUNSEL FOR TRUSTEE

**THIS MATTER** coming before the Court on Trustee's Application for Final Compensation of Special Counsel for Trustee (dkt. 156), due notice having been given to all creditors with timely filed claims, and Debtors having filed an objection to the application and Trustee agreeing that fees and costs should be reduced in the amount of $15.00 for a total of $3,262.50 instead of $3,277.50, and the Court having overruled the remaining and objections:

**IT IS HEREBY ORDERED** that pursuant to 11 USC Section 330 that fees and costs are allowed in the amount of $3,262.50 for the Murphy Law Office as attorneys for the Chapter 13 Trustee in this matter. The fees and costs shall be paid as an administrative priority claim in the chapter 13 case pursuant to the terms of the plan and the order of confirmation.



DATED: May 19, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

/s/_____
Kathleen McCallister, Trustee