Jeffrey P. Kaufman
Idaho State Bar No. 8022
Office of Kathleen A. McCallister,
        Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **ROBERT DANIEL GOULD, Jr., and BRENDA JEAN GOULD,** | **Case No.  19-40182-JMM** |
| Debtors | |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 158(b) and Fed. R. Bankr. P. 8003, Kathleen McCallister, Standing Chapter 13 Trustee, hereby appeals this Court's Order Granting Additional Compensation (Docket No. 179 – entered August 19, 2020) and the Court's Order Denying Trustee's Motion to Amend Order (Docket No. 190 – entered September 18, 2020), copies of which are attached hereto.

Pursuant to Fed. R. Bankr. P. 8003(c), Appellant Kathleen McCallister, Standing Chapter 13 Trustee, respectfully requests the Clerk of this Court to serve notice of this appeal to counsel of record of each party other than the appellant, and to the United States Trustee.  The names of all parties to the order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**

Kathleen A. McCallister, Chapter 13 Trustee
P.O. Box 1150
Meridian, ID  83680
Telephone: (208) 922-5100

**Appellees:**
Robert Daniel Gould, Jr.
Brenda Jean Gould
Paul Ross, Esq.
Idaho Bankruptcy Law
POB 483
Paul, ID  83347
208.219.7997
*Attorneys for Appellees/Debtors*

**United States Trustee**

Washington Group Central Plaza
720 Park Boulevard, Suite 220
Boise, ID  83712
Telephone: (208) 334-1300

**Statement of Election**

Pursuant to 28 U.S.C. § 158(c)(1), Appellant DOES NOT elect to have this appeal heard by the District Court.

DATED: September 18, 2020

OFFICE OF KATHLEEN A. McCALLISTER,
CHAPTER 13 TRUSTEE

By:  /s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman,
Attorney for Trustee

*If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court.  The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal.  Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.*

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

**ROBERT EVERETT DANIEL GOULD JR,**
**BRENDA JEAN GOULD,**

      Debtors.

Case No: 19-40182-JMM
Chapter 13

ORDER GRANTING ADDITIONAL COMPENSATION

      Based upon the Second Application for Compensation, Trustee's Objection, and the matter coming before the Court, based on the findings of fact and conclusions of law stated on the record at the hearing conducted 4 August 2020, the Court provides the following:

      IT IS ORDERED the Application for Compensation is GRANTED approving $7,078.20 in fees and $110.00 in costs payable by Trustee as an administrative expense.



DATED:  August 19, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted:
/s/ Paul Ross_____
Paul Ross
Attorney for Debtor

Approved as to form:
/s/ Jeffrey Kaufman_____
Attorney for Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

In Re:

**ROBERT EVERETT DANIEL GOULD JR,
BRENDA JEAN GOULD,**

      Debtors.

Case No: 19-40182-JMM
Chapter 13

ORDER DENYING TRUSTEE'S MOTION TO AMEND ORDER

Based upon the Trustee's Motion to Amend Order Granting Additional Compensation, Dkt. No. 181, and related Memorandum, Dkt. No. 182, and Debtors' Objection, Dkt. No. 188, the matter coming before the Court, for the reasons stated on the record at the hearing conducted 15 September 2020, the Court for good cause orders the following:

IT IS ORDERED Trustee's Motion to Amend Order Granting Additional Compensation is hereby DENIED.

DATED:  September 18, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted:
/s/ Paul Ross
Paul Ross
Attorney for Debtors

Approved as to form:
/s/ Jeffrey Kaufman
Attorney for Trustee