# TRANSCRIPT ORDER

Due Date:

**Name:** Kathleen McCallister
**Phone #:** 208-922-5100
**Date:** 9-21-20

**Mailing Address:** PO Box 1150
**City:** Meridian
**State:** ID
**Zip:** 83680

**Case #:** 19-40182
**Judicial Official:** Joseph M. Meier
**Dates of Proceedings:** May 12, 2020, Aug. 4, 2020, & Sept. 15, 2020

**Case Name:** In re Gould
**Location of Proceedings:** Pocatello, ID/telephonic

**Order for:**
- [x] Appeal
- [ ] Non-Appeal
- [ ] Criminal
- [ ] Civil
- [ ] Criminal Justice Act
- [ ] In Forma Pauperis
- [x] Bankruptcy
- [ ] Other

**Transcript Requested:** Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

**Portion(s):** Oral findings of facts and conclusions of law issued by Judge Meier

**Date(s):** May 12, 2020, Aug. 4, 2020, & Sept. 15, 2020

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| ORDINARY | ☐ | | | | |
| EXPEDITED | ☐ | | | | |
| DAILY | ☐ | | | | |
| HOURLY | ☐ | | | | |

Processed by/Phone Number:
**Estimate Total:** $0.00

**Transcript to be prepared by:** -- Make Selection --

**Court Address:**
U.S. Courts - District of Idaho
550 W. Fort St.
Boise, ID 83724

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Deposit paid | | | Deposit being mailed to Northwest Transcripts | |
| Transcript Ordered | | | Total Due | |