Jeffrey P. Kaufman
Idaho State Bar No. 8022
Office of Kathleen A. McCallister,
        Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **ROBERT DANIEL GOULD, Jr., and** | **Case No.  19-40182-JMM** |
| **BRENDA JEAN GOULD,** | |
| Debtors | |

# STATEMENT OF ISSUES TO BE PRESENTED

COMES NOW the appellant, Kathleen McCallister, standing Chapter 13 Trustee for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, and, pursuant to Fed. R. Bankr. P. 8009, hereby designates the following issues to be presented on appeal:

1) Whether the Bankruptcy Court erred in determining that Counsel's Second Application for Compensation, which sought to reduce the amount of payments the confirmed plan provided on account of each general unsecured claim, was not a modification of the plan and thereby concluding that 11 U.S.C. § 1329 was not invoked;

2) Whether the Bankruptcy Court erred in failing to make any factual findings regarding the amount of funds the general unsecured creditors would receive after directing Trustee to pay Counsel his additional compensation as a 11 U.S.C. § 503(b) administrative claim with priority over the general unsecured claims pursuant to 11 U.S.C. § 507(a)(2);

3) Whether the Bankruptcy Court erred in permitting a modification of the plan that reduced the amount paid on account of each general unsecured claim under the confirmed plan to an amount that is less than what would have been paid on account of each general unsecured claim had the estate been liquidated under the provisions of chapter 7 as required by 11 U.S.C. § 1325(a)(4).

DATED:  October 2, 2020

OFFICE OF KATHLEEN A. McCALLISTER,
CHAPTER 13 TRUSTEE

By:  /s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman,
Attorney for Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 2, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Paul Ross
Attorney at Law
paul@idbankruptcylaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Robert Daniel Everett Gould, Jr.
Brenda Jean Gould
214 E 222 S
Burley, ID 83318

  /s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman