Jeffrey P. Kaufman
Idaho State Bar No. 8022
Office of Kathleen A. McCallister,
      Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | Chapter 13 |
| ROBERT DANIEL GOULD, Jr., and BRENDA JEAN GOULD,<br>       Debtors | Case No.  19-40182-JMM |

## APPELLANT'S DESIGNATION OF THE ITEMS TO BE INCLUDED
## IN THE RECORD ON APPEAL

COMES NOW the appellant, Kathleen McCallister, standing Chapter 13 Trustee for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, and, pursuant to Fed. R. Bankr. P. 8009, hereby designates the following items to be included in the record on appeal:

1.Docket Report for Bankruptcy Case No. 19-40182-JMM.

2.Debtors' Voluntary Petition, Statement of Financial Affairs and Schedules, filed March 5, 2019, Docket No. 1 of the docket for the instant case.

3.Order Granting Objection to Debtor's Claim of Exemption, Docket No. 26.

4.Amended Schedules for Individual A/B, Docket No. 33.

5.Amended Schedules for Individual A/B, Docket No. 37.

6.Amended Statement of Financial Affairs, Docket No. 39.

7. Amended Statement of Financial Affairs, Docket No. 56.

8. Application to Employ Michaelina Murphy as Special Counsel to pursue lien avoidance, Docket No. 92.

9. Verified Statement of Michaelina Murphy of Murphy Law Office, Docket No. 94.

10. Application for Compensation for Paul Ross, Debtor's Attorney, Docket No. 107.

11. Amended Schedules for Individual A/B, Docket No. 108.

12. Order Granting Application to Employ Michaelina Brady Murphy, Special Counsel for Kathleen A. McCallister, Docket No. 117.

13. Response to Objection to Confirmation of the Plan, Docket No. 123.

14. Amended Statement of Financial Affairs, Docket No. 128.

15. Oral Ruling of February 26, 2020, Docket No. 136.

16. Third Amended Chapter 13 Plan Filed by Joint Debtor Brenda Jean Gould, Debtor Robert Daniel Everett Gould Jr., Docket No. 138.

17. Transcript regarding Oral Ruling of February 26, 2020, Docket No. 151.

18. Stipulation Between Kathleen McCallister as Chapter 13 Trustee and Lois Reike, Docket No. 154.

19. Order Granting Confirmation of Chapter 13 Plan, Docket No. 155.

20. Application for Compensation for Special Counsel, Michaelina Murphy and Murphy Law Office, Docket No. 156.

21. Objection to Application for Compensation for Special Counsel, Michaelina Murphy and Murphy Law Office, Docket No. 159.

22. Order Approving Stipulation and Order Avoiding Creditors Lien, Docket No. 163.

23. Oral ruling of May 12, 2020, Docket No. 165 (transcript requested on 9/21/2020, Docket No. 195).

24. Application for Compensation Second for Paul Ross, Debtor's Attorney, Docket No. 168.

25. Response to Application for Compensation Second for Paul Ross, Docket No. 172.

26. Memorandum filed by Trustee Kathleen A. McCallister, Docket No. 173.

27. Response to Application for Compensation Second for Paul Ross, Docket No. 174.

28. Amended Response to Application for Compensation Second for Paul Ross, Docket No. 175.

29. Reply to the Amended Response to Application for Compensation Second for Paul Ross, Docket No. 177.

30. Oral Ruling of August 4, 2020, Docket No. 178 (transcript requested on 9/21/2020, Docket No. 195).

31. Order Granting Application for Compensation, Docket No. 179.

32. Motion to Amend Order Granting Additional Compensation, Docket No. 181.

33. Memorandum Filed by Trustee Kathleen A. McCallister re: Motion to Amend Order Granting Additional Compensation, Docket No. 182.

34. Objection to Motion to Amend Order Granting Additional Compensation, Docket No. 188.

35. Oral Ruling of September 15, 2020, Docket No. 189 (transcript requested on 9/21/2020, Docket No. 195).

36. Order Denying Motion to Amend Order Granting Additional Compensation, Docket No. 190.

37. Claims Register for Bankruptcy Case No. 19-40182-JMM.

38. Proof of claim #21 filed on behalf of Lois Reike, Claims Register No. 21.

DATED: October 2, 2020        OFFICE OF KATHLEEN A. McCALLISTER,
                              CHAPTER 13 TRUSTEE

                              By: /s/ *Jeffrey P. Kaufman*
                                  Jeffrey P. Kaufman,
                                  Attorney for Trustee

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 2, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Paul Ross
Attorney at Law
paul@idbankruptcylaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Robert Daniel Everett Gould, Jr.
Brenda Jean Gould
214 E 222 S
Burley, ID 83318

   /s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman